FILED

03/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0276

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0276

_____

IN RE THE MARRIAGE OF:

HEIDI L. KERR,

      Petitioner and Appellee,

  and

THOMAS D. KERR,

      Respondent and Appellant.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Thomas D. Kerr, to all counsel of record, and to the Honorable Jason T. Marks, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 4 2020